387 A.2d 120

McGinley v. McGinley, Appellant.

Argued December 7, 1977. Donald Driscoll, for appellant; John A. Mihalik, for appellee.

Decree affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.